UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ERVING-AGBIDIOM, SENNOBIA § Case No. 11-42105
§
§
Debtors(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/17/2011. The undersigned trustee was appointed on 03/23/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 78,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 33,410.81 |
| Bank Service Fees | | 99.24 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 15,000.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 29,489.95 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/12/2016 and the deadline for filing governmental claims was 07/12/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $5,898.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $5,898.91, for a total compensation of $5,898.91. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00 for total expenses of $0.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :   03/01/2017                    By :   /s/ Elizabeth Berg
                                                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 11-42105  
Case Name: ERVING-AGBIDIOM, SENNOBIA  
For Period Ending: 03/01/2017  

Judge: Janet S. Baer  

Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 10/17/2011 (f)  
341(a) Meeting Date: 11/14/2011  
Claims Bar Date: 07/12/2016  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Checking Account-Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 3. Used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 4. 2008 Chevy Trailblazer-71k miles | 10,150.00 | 0.00 | | 0.00 | FA |
| 5. Dog | 0.00 | 0.00 | | 0.00 | FA |
| 6. Personal Injury lawsuit-settlement coloplast (u) | Unknown | 33,589.19 | | 78,000.00 | FA |

**Gross Value of Remaining Assets**

TOTALS (Excluding Unknown Values)    11,350.00    33,589.19        78,000.00    0.00

Re Prop. #6   Trustee settled PI Lawsuit pursuant to order 9/16/16 [dkt 32]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**January 24, 2017:** Trustee received settlement proceeds and made distributions to administrative claims and lien claims per order and to Debtor for her allowed exemption.  Trustee reviewed claims.  Trustee contacted Debtor to verify status of non-dischargeable debt per adversary case 12 A 58.  Trustee advised chapter 7 trustee for judgment creditor of funds available in this case.  Judgment creditor filed late claim.  Trustee prepared TFR.

**October 15, 2016:** Trustee settled PI case pursuant to court order dated 9/16/16 [dkt 32].  Upon receipt of settlement proceeds, Trustee will pay allowed lien and administrative claims.  Thereafter, Trustee will review claims and close case.

Case was reopened on 3/18/16 upon the motion of the UST to administer a previously undisclosed personal injury claim of the Debtor.  Appointed as Successor Trustee on 3/24/16.  Successor Trustee retained special counsel to represent her in the product liability (mesh) case pursue recovery of damages as a result of the personal injury claim.

UST Form 101-7-TFR (5/1/2011) (Page 1)                                                                                                                                                           Exhibit A

Case 11-42105    Doc 37    Filed 03/02/17    Entered 03/02/17 09:14:03    Desc Main
                                Document      Page 4 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 11-42105  
Case Name: ERVING-AGBIDIOM, SENNOBIA  
Judge: Janet S. Baer  
Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 10/17/2011 (f)  
341(a) Meeting Date: 11/14/2011  
For Period Ending: 03/01/2017  
Claims Bar Date: 07/12/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Initial Projected Date of Final Report(TFR) : 06/30/2017    Current Projected Date of Final Report(TFR) : 06/30/2017

Trustee's Signature    /s/Elizabeth C Berg    Date: 03/01/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

UST Form 101-7-TFR (5/1/2011) (Page 2)                                                                                    Exhibit A

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-42105 | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|
| Case Name: | ERVING-AGBIDIOM, SENNOBIA | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5203 Checking Account |
| Taxpayer ID No: | **-***0211 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/1/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | Account/ CD Balance($) |
| | | | | | Deposits($) | Disbursements($) | |
| 10/25/2016 | [6] | Waters & Kraus Johnson Law Group QSF<br>5847 San Felipe Street<br>Ste. 4550<br>Houston, TX 77057 | Gross Proceeds from Settlement of PI Claim per order 9/16/16 [dkt 32] | 1249-000 | 78,000.00 | | 78,000.00 |
| 11/01/2016 | 51001 | Sennobia Erving-Agbidiom<br>310 N. LaFox Street<br>Unit 642<br>South Elgin, IL 60177 | Debtor's Exemption in Personal Injury Settlement | 8100-002 | | 15,000.00 | 63,000.00 |
| 11/02/2016 | 51002 | Caryn Papantonakis<br>Johnson Law Group<br>2925 Richmond Avenue #1700<br>Houston, TX 77098 | Special Counsel Fees allowed Per Court Order dated September 16, 2016 [dkt 32] | 3210-600 | | 7,020.00 | 55,980.00 |
| 11/02/2016 | 51003 | Darsey Pfost<br>Pulaski Law Firm, PLLC<br>4615 S.W. Freeway, Ste. 850<br>Houston, TX 77027 | Special Counsel Fees Allowed per Court Order Dated September 16, 2016 [dkt 32] | 3210-600 | | 5,616.00 | 50,364.00 |
| 11/02/2016 | 51004 | Alex Barlow<br>Heard Robins & Cloud LLP<br>2000 West Loop South<br>Suite 2200<br>Houston, TX 77027 | Special Counsel Fees Allowed Per Court Order Dated September 16. 2016 [dkt 32] | 3210-600 | | 15,444.00 | 34,920.00 |
| | | | Page Subtotals | | 78,000.00 | 43,080.00 | |

UST Form 101-7-TFR (5/1/2011) (Page 1)

Exhibit B

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-42105 | | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- | --- |
| Case Name: | ERVING-AGBIDIOM, SENNOBIA | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5203 Checking Account |
| Taxpayer ID No: | **-***0211 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/1/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/02/2016 | 51005 | Johnson Law Group<br>2925 Richmond Avenue<br>Suite 1700<br>Houston, TX 77098 | Special Counsel Expenses Allowed Per Court Order Dated September 16, 2016 [dkt 32]<br>Re: Erving Sennobia WKJ Coloplast | 3220-610 | | 190.65 | 34,729.35 |
| 11/02/2016 | 51006 | Litigation Benefits Group<br>5847 San Felipe Street<br>Houston, TX 77029 | Administrative Expense allowed Per Court Order Dated September 16, 2016 [dkt 32]<br>Re: Erving Sennobia WKJ Coloplast | 2990-000 | | 1,140.16 | 33,589.19 |
| 11/02/2016 | 51007 | Shapiro Settlement Solutions<br>11211 Taylor Draper Lane #210<br>Austin, TX 78759 | Lien Resolution Fee allowed per Court Order Dated September 16, 2016 [dkt 32]<br>Re: Erving Sennobia WKJ Coloplast | 2990-000 | | 100.00 | 33,489.19 |
| 11/02/2016 | 51008 | MDL 2387 Common Benefit Fund<br>c/o United Bank<br>Attn: MDL 2387<br>514 Market Street<br>Parkersburg, WV 26101 | Multi-District Litigation Fee Allowed Per Court Order Dated September 16, 2016 [dkt 32] | 2990-000 | | 3,900.00 | 29,589.19 |
| 11/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 24.61 | 29,564.58 |
| 12/05/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 74.63 | 29,489.95 |
| | | | | Page Subtotals | 0.00 | 5,430.05 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-42105 | Trustee Name: | Elizabeth C Berg |
| Case Name: | ERVING-AGBIDIOM, SENNOBIA | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5203 Checking Account |
| Taxpayer ID No: | **-***0211 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/1/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($)  Disbursements($) | Account/ CD Balance($) |

Page Subtotals

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 78,000.00 | 48,510.05 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 78,000.00 | 48,510.05 |
| Less: Payments to Debtors | | 15,000.00 |
| **Net** | 78,000.00 | 33,510.05 |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 78,000.00 | | |
| All Accounts Gross Disbursements: | 48,510.05 | | |
| All Accounts Net: | 29,489.95 | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5203 Checking Account | 78,000.00 | 48,510.05 | |
| **NetTotals** | 78,000.00 | 48,510.05 | 29,489.95 |

UST Form 101-7-TFR (5/1/2011) (Page 3)                                    Exhibit B

Case 11-42105    Doc 37    Filed 03/02/17    Entered 03/02/17 09:14:03    Desc Main
Document    Page 8 of 11

Case: 11-42105
ERVING-AGBIDIOM, SENNOBIA

EXHIBIT C

Elizabeth C Berg
CLAIMS REGISTER

| Claim No. | Creditor | UTC | PAY SEQ. | Allowed | Paid to Date | Prop. Payment Prop. Interest | Total Proposed Payment | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Amount to Disburse | | 29,489.95 |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago IL 60602 | 2100-000<br>ADMIN | 100 | 5,898.91 | 0.00 | 5,898.91 | 5,898.91 | 23,591.04 |
| | Litigation Benefits Group<br>5847 San Felipe Street<br>Houston TX 77029 | 2990-000<br>ADMIN | 100 | 1,140.16 | 1,140.16 | 0.00 | 0.00 | 23,591.04 |
| | MDL 2387 Common Benefit Fund<br>c/o United Bank<br>MDL 2387<br>514 Market StreetParkersburg WV 26101 | 2990-000<br>ADMIN | 100 | 3,900.00 | 3,900.00 | 0.00 | 0.00 | 23,591.04 |
| | Shapiro Settlement Solutions<br>11211 Taylor Draper Lane #210<br>Austin TX 78759 | 2990-000<br>ADMIN | 100 | 100.00 | 100.00 | 0.00 | 0.00 | 23,591.04 |
| | Baldi Berg, Ltd.<br>20 N Clark St<br>Suite 200<br>Chicago IL 60602 | 3110-000<br>ADMIN | 100 | 3,383.00 | 0.00 | 3,383.00 | 3,383.00 | 20,208.04 |
| | Alex Barlow<br>Heard Robins & Cloud, LLP<br>2000 West Loop South, Ste. 2200<br>Houston TX 77027 | 3210-600<br>ADMIN | 100 | 15,444.00 | 15,444.00 | 0.00 | 0.00 | 20,208.04 |
| | Caryn Papantonakis<br>Johnson Law Group<br>2925 Richmond Ave #1700<br>Houston, TX 77098 | 3210-600<br>ADMIN | 100 | 7,020.00 | 7,020.00 | 0.00 | 0.00 | 20,208.04 |
| | Darsey Pfost<br>Pulaski La Firm, PLLC<br>4615 S.W. Freeway, Ste. 850<br>Houston TX 77027 | 3210-600<br>ADMIN | 100 | 5,616.00 | 5,616.00 | 0.00 | 0.00 | 20,208.04 |
| | Baldi Berg, Ltd.<br>20 N Clark St<br>Suite 200<br>Chicago IL 60602 | 3220-000<br>ADMIN | 100 | 9.38 | 0.00 | 9.38 | 9.38 | 20,198.66 |
| | Johnson Law Group<br>2925 Richmond Avenue<br>Ste. 1700<br>Houston TX 77098 | 3220-610<br>ADMIN | 100 | 190.65 | 190.65 | 0.00 | 0.00 | 20,198.66 |
| **ADMINISTRATIVE TOTAL** | | | | 42,702.10 | 33,410.81 | 9,291.29 | 9,291.29 | |
| 000001A | DEPARTMENT OF THE TREASURY<br>IRS<br>Internal Revenue Service<br>POB 7346<br>Philadelphia PA 19101-7346 | 5800-000<br>PRIOR | 580 | 6,016.19 | 0.00 | 6,016.19<br>36.10(i) | 6,052.29 | 14,146.37 |
| **PRIORITY TOTAL** | | | | 6,016.19 | 0.00 | 6,016.19<br>36.10(i) | 6,052.29 | |
| | Sennobia Erving-Agbidiom<br>310 N. LaFox Street<br>Unit 642<br>South Elgin IL 60177 | 8100-000<br>EXEMPT | 810 | 15,000.00 | 15,000.00 | 0.00 | 0.00 | 14,146.37 |
| 000002 | Karen R. Goodman, Trustee of Charles M. Feinberg<br>Case No. 13-40677<br>Taft Stettinius & Hollister LLP<br>111 East Wacker Drive, Suite 2800Chicago IL 60601 | 7200-000<br>UNSEC | 720 | 4,000.00 | 0.00 | 4,000.00<br>24.00 (i) | 4,024.00 | 10,122.37 |
| 1B | Department of Treasury Internal Revenue Service<br>P O Box 7317<br>Philadelphia PA 19101-7317 | 7100-000<br>UNSEC | 710 | 100.00 | 0.00 | 100.00<br>0.60 (i) | 100.60 | 10,021.77 |
| 9999 | ERVING-AGBIDIOM, SENNOBIA<br>310 N. LaFox<br>Unit 642<br>SOUTH ELGIN IL 60177 | 8200-002<br>SURPLUS | 999 | 10,021.77 | 0.00 | 10,021.77 | 10,021.77 | 0.00 |

Case: 11-42105  
ERVING-AGBIDIOM, SENNOBIA

EXHIBIT e

Elizabeth C Berg  
CLAIMS REIGSTER

| Claim No. | Creditor | UTC | PAY SEQ. | Allowed | Paid to Date | Prop. Payment Prop. Interest | Total Proposed Payment | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| UNSECURED TOTAL | | | | 29,121.77 | 15,000.00 | 14,121.77<br>24.60 (i) | 14,146.37 | |
| CASE TOTAL | | | | 77,840.06 | 48,410.81 | 29,429.25<br>60.70 (i) | 29,489.95 | |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from 10/17/11 through 03/30/17 at a rate of 0.11 % (annualized simple interest).

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-42105
Case Name: ERVING-AGBIDIOM, SENNOBIA

Trustee Name: Elizabeth C Berg

Balance on Hand $29,489.95

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:    Elizabeth C. Berg, Trustee | $ 5,898.91 | $ 0.00 | $ 5,898.91 |
| Attorney for Trustee, Fees:  Baldi Berg, Ltd. | $ 3,383.00 | $ 0.00 | $ 3,383.00 |
| Attorney for Trustee, Expenses:  Baldi Berg, Ltd. | $ 9.38 | $ 0.00 | $ 9.38 |
| Other:  Alex Barlow | $ 15,444.00 | $ 15,444.00 | $ 0.00 |
| Other:  Caryn Papantonakis | $ 7,020.00 | $ 7,020.00 | $ 0.00 |
| Other:  Darsey Pfost | $ 5,616.00 | $ 5,616.00 | $ 0.00 |
| Other:  Johnson Law Group | $ 190.65 | $ 190.65 | $ 0.00 |
| Other:  Litigation Benefits Group | $ 1,140.16 | $ 1,140.16 | $ 0.00 |
| Other:  MDL 2387 Common Benefit Fund | $ 3,900.00 | $ 3,900.00 | $ 0.00 |
| Other:  Shapiro Settlement Solutions | $ 100.00 | $ 100.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $  9,291.29
Remaining Balance    $  20,198.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,016.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | DEPARTMENT OF THE TREASURY IRS | $ 6,016.19 | $ 0.00 | $ 6,016.19 |

Total to be paid to priority creditors    $  6,016.19
Remaining Balance    $  14,182.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $100.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Department of Treasury Internal | $ 100.00 | $ 0.00 | $ 100.00 |
| Total to be paid to timely general unsecured creditors | | | | $ 100.00 |
| Remaining Balance | | | | $ 14,082.47 |

Tardily filed claims of general (unsecured) creditors totaling $4,000.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Karen R. Goodman, Trustee of Charles | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| Total to be paid to tardy general unsecured creditors | | | | $ 4,000.00 |
| Remaining Balance | | | | $ 10,082.47 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.11% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $60.70. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest

The amount of surplus returned to the debtor after payment of all claims and interest is $10,021.77.