UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| ERVING-AGBIDIOM, SENNOBIA | § | Case No. 11-42105 |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $7,750.00 (Without deducting any secured claims) | Assets Exempt: $18,600.00 |
| Total Distributions to Claimants: $10,176.89 | Claims Discharged Without Payment: $27,678.15 |
| Total Expenses of Administration: $42,801.34 | |

   3) Total gross receipts of $78,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $25,021.77 (see **Exhibit 2**), yielded net receipts of $52,978.23 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $28,930.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $42,801.34 | $42,801.34 | $42,801.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $6,016.19 | $6,016.19 | $6,052.29 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $36,849.75 | $4,100.00 | $4,100.00 | $4,124.60 |
| **TOTAL DISBURSEMENTS** | $65,779.75 | $52,917.53 | $52,917.53 | $52,978.23 |

4) This case was originally filed under chapter 7 on 10/17/2011. The case was pending for 67 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   05/16/2017         By :   /s/ Elizabeth C Berg
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Personal Injury lawsuit-settlement coloplast | 1249-000 | $78,000.00 |
| **TOTAL GROSS RECEIPTS** | | $78,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Sennobia Erving-Agbidiom | | 8100-002 | $15,000.00 |
| ERVING-AGBIDIOM, | Disb of 100.00% to Claim #9999 | 8200-002 | $10,021.77 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $25,021.77 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer Usa | | $28,930.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $28,930.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Caryn Papantonakis | 3210-600 | NA | $7,020.00 | $7,020.00 | $7,020.00 |
| MDL 2387 Common Benefit Fund | 2990-000 | NA | $3,900.00 | $3,900.00 | $3,900.00 |
| Johnson Law Group | 3220-610 | NA | $190.65 | $190.65 | $190.65 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $5,898.91 | $5,898.91 | $5,898.91 |
| Darsey Pfost | 3210-600 | NA | $5,616.00 | $5,616.00 | $5,616.00 |
| Alex Barlow | 3210-600 | NA | $15,444.00 | $15,444.00 | $15,444.00 |
| Litigation Benefits Group | 2990-000 | NA | $1,140.16 | $1,140.16 | $1,140.16 |
| Shapiro Settlement Solutions | 2990-000 | NA | $100.00 | $100.00 | $100.00 |
| Baldi Berg, Ltd. | 3110-000 | NA | $3,383.00 | $3,383.00 | $3,383.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 3)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3220-000 | NA | $9.38 | $9.38 | $9.38 |
| Texas Capital Bank | 2600-000 | NA | $99.24 | $99.24 | $99.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $42,801.34 | $42,801.34 | $42,801.34 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | DEPARTMENT OF THE TREASURY | 5800-000 | NA | $6,016.19 | $6,016.19 | $6,052.29 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,016.19 | $6,016.19 | $6,052.29 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1B | Department of Treasury Internal | 7100-000 | $2,985.00 | $100.00 | $100.00 | $100.60 |
| 000002 | Karen R. Goodman, Trustee of | 7200-000 | $6,162.00 | $4,000.00 | $4,000.00 | $4,024.00 |
| | Afni, Inc | | $399.00 | NA | NA | $0.00 |
| | Cda/pontiac | | $19.00 | NA | NA | $0.00 |
| | credit collection services for | | $2,654.75 | NA | NA | $0.00 |
| | Credit Management-Comcast | | $743.00 | NA | NA | $0.00 |
| | Credtrs Coll- Reena Jabamoni M. | | $315.00 | NA | NA | $0.00 |
| | Dependon Collection-Wholistic | | $510.00 | NA | NA | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

Case 11-42105    Doc 43    Filed 05/25/17    Entered 05/25/17 15:06:45    Desc Main
Document      Page 5 of 12

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enhanced Recovery-Dish | | $150.00 | NA | NA | $0.00 |
| | Eos Cca-AT&T | | $509.00 | NA | NA | $0.00 |
| | Fast Cash Advance | | $600.00 | NA | NA | $0.00 |
| | IC System, Inc-AT&T | | $509.00 | NA | NA | $0.00 |
| | IC System, Inc-Com Ed | | $308.00 | NA | NA | $0.00 |
| | Illinois Department of Human | | $4,988.00 | NA | NA | $0.00 |
| | Merchants Cr-for Feinstein | | $6,162.00 | NA | NA | $0.00 |
| | Michael A. Yashar | | NA | NA | NA | $0.00 |
| | National Credit Adjusters-Ace | | $1,074.00 | NA | NA | $0.00 |
| | National Credit Adjusters-Check | | $325.00 | NA | NA | $0.00 |
| | Northwest Suburban Imaging | | $316.00 | NA | NA | $0.00 |
| | Northwest Suburban Imaging | | $158.00 | NA | NA | $0.00 |
| | Rash-Curtis | | $6,665.00 | NA | NA | $0.00 |
| | Sherman Hospital | | $798.00 | NA | NA | $0.00 |
| | Short Term Loans | | $500.00 | NA | NA | $0.00 |
| | Teller, Levit | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $36,849.75 | $4,100.00 | $4,100.00 | $4,124.60 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 11-42105 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | ERVING-AGBIDIOM, SENNOBIA | | | Date Filed (f) or Converted (c): | 10/17/2011 (f) |
| | | | | 341(a) Meeting Date: | 11/14/2011 |
| For Period Ending: | 05/16/2017 | | | Claims Bar Date: | 07/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Checking Account-Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 3. Used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 4. 2008 Chevy Trailblazer-71k miles | 10,150.00 | 0.00 | | 0.00 | FA |
| 5. Dog | 0.00 | 0.00 | | 0.00 | FA |
| 6. Personal Injury lawsuit-settlement coloplast (u) | Unknown | 33,589.19 | | 78,000.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 11,350.00 | 33,589.19 | | 78,000.00 | 0.00 |

Re Prop. #6    Trustee settled PI Lawsuit pursuant to order 9/16/16 [dkt 32]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**January 24, 2017:** Trustee received settlement proceeds and made distributions to administrative claims and lien claims per order and to Debtor for her allowed exemption.  Trustee reviewed claims.  Trustee contacted Debtor to verify status of non-dischargeable debt per adversary case 12 A 58.  Trustee advised chapter 7 trustee for judgment creditor of funds available in this case.  Judgment creditor filed late claim.  Trustee prepared TFR.

**October 15, 2016:** Trustee settled PI case pursuant to court order dated 9/16/16 [dkt 32].  Upon receipt of settlement proceeds, Trustee will pay allowed lien and administrative claims.  Thereafter, Trustee will review claims and close case.

**Case was reopened on 3/18/16 upon the motion of the UST to administer a previously undisclosed personal injury claim of the Debtor.  Appointed as Successor Trustee on 3/24/16.  Successor Trustee retained special counsel to represent her in the product liability (mesh) case pursue recovery of damages as a result of the personal injury claim.**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 11-42105 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
| Case Name: ERVING-AGBIDIOM, SENNOBIA | | Date Filed (f) or Converted (c): 10/17/2011 (f) |
| | | 341(a) Meeting Date: 11/14/2011 |
| For Period Ending: 05/16/2017 | | Claims Bar Date: 07/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR):** 06/30/2017     **Current Projected Date of Final Report(TFR):** 06/30/2017

**Trustee's Signature**     /s/Elizabeth C Berg     **Date:** 05/16/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 11-42105 | |
| Case Name: | ERVING-AGBIDIOM, SENNOBIA | |
| Taxpayer ID No: | **-***0211 | |
| For Period Ending: | 5/16/2017 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******5203 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/25/2016 | [6] | Waters & Kraus Johnson Law Group QSF<br>5847 San Felipe Street<br>Ste. 4550<br>Houston, TX 77057 | Gross Proceeds from Settlement of PI Claim per order 9/16/16 [dkt 32] | 1249-000 | 78,000.00 | | 78,000.00 |
| 11/01/2016 | 51001 | Sennobia Erving-Agbidiom<br>310 N. LaFox Street<br>Unit 642<br>South Elgin, IL 60177 | Debtor's Exemption in Personal Injury Settlement | 8100-002 | | 15,000.00 | 63,000.00 |
| 11/02/2016 | 51002 | Caryn Papantonakis<br>Johnson Law Group<br>2925 Richmond Avenue #1700<br>Houston, TX 77098 | Special Counsel Fees allowed Per Court Order dated September 16, 2016 [dkt 32] | 3210-600 | | 7,020.00 | 55,980.00 |
| 11/02/2016 | 51003 | Darsey Pfost<br>Pulaski Law Firm, PLLC<br>4615 S.W. Freeway, Ste. 850<br>Houston, TX 77027 | Special Counsel Fees Allowed per Court Order Dated September 16, 2016 [dkt 32] | 3210-600 | | 5,616.00 | 50,364.00 |
| 11/02/2016 | 51004 | Alex Barlow<br>Heard Robins & Cloud LLP<br>2000 West Loop South<br>Suite 2200<br>Houston, TX 77027 | Special Counsel Fees Allowed Per Court Order Dated September 16. 2016 [dkt 32] | 3210-600 | | 15,444.00 | 34,920.00 |
| | | | Page Subtotals | | 78,000.00 | 43,080.00 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 11-42105 | |
| Case Name: | ERVING-AGBIDIOM, SENNOBIA | |
| Taxpayer ID No: | **-***0211 | |
| For Period Ending: | 5/16/2017 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C Berg | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******5203 Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/02/2016 | 51005 | Johnson Law Group<br>2925 Richmond Avenue<br>Suite 1700<br>Houston, TX 77098 | Special Counsel Expenses Allowed Per Court Order Dated September 16, 2016 [dkt 32]<br>Re: Erving Sennobia WKJ Coloplast | 3220-610 | | 190.65 | 34,729.35 |
| 11/02/2016 | 51006 | Litigation Benefits Group<br>5847 San Felipe Street<br>Houston, TX 77029 | Administrative Expense allowed Per Court Order Dated September 16, 2016 [dkt 32]<br>Re: Erving Sennobia WKJ Coloplast | 2990-000 | | 1,140.16 | 33,589.19 |
| 11/02/2016 | 51007 | Shapiro Settlement Solutions<br>11211 Taylor Draper Lane #210<br>Austin, TX 78759 | Lien Resolution Fee allowed per Court Order Dated September 16, 2016 [dkt 32]<br>Re: Erving Sennobia WKJ Coloplast | 2990-000 | | 100.00 | 33,489.19 |
| 11/02/2016 | 51008 | MDL 2387 Common Benefit Fund<br>c/o United Bank<br>Attn: MDL 2387<br>514 Market Street<br>Parkersburg, WV 26101 | Multi-District Litigation Fee Allowed Per Court Order Dated September 16, 2016 [dkt 32] | 2990-000 | | 3,900.00 | 29,589.19 |
| 11/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 24.61 | 29,564.58 |
| 12/05/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 74.63 | 29,489.95 |
| | | | Page Subtotals | | 0.00 | 5,430.05 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-42105 | | | Trustee Name: | Elizabeth C Berg |
| Case Name: | ERVING-AGBIDIOM, SENNOBIA | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******5203 Checking Account |
| Taxpayer ID No: | **-***0211 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 5/16/2017 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/29/2017 | 51009 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 5,898.91 | 23,591.04 |
| 03/29/2017 | 51010 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Final Compensation for Trustee's attorneys | 3110-000 | | 3,383.00 | 20,208.04 |
| 03/29/2017 | 51011 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Final expenses awarded | 3220-000 | | 9.38 | 20,198.66 |
| 03/29/2017 | 51012 | DEPARTMENT OF THE TREASURY<br>POB 7317<br>Philadelphia , PA 19101-7317 | Disb of 100.60% to Claim #000001A<br>Unassessed - Period Ending 2010 | | | 6,052.29 | 14,146.37 |
| | | | | (6,016.19) | 5800-000 | | |
| | | | | (36.10) | -000 | | |
| 03/29/2017 | 51013 | Department of Treasury Internal Revenue Service<br>P O Box 7317<br>Philadelphia, PA 19101-7317 | Disb of 100.60% to Claim #1B<br>For Period ending 12/31/05 - Not Filed | | | 100.60 | 14,045.77 |
| | | | | (100.00) | 7100-000 | | |
| | | | | (0.60) | 7 0-000 | | |
| | | | | | Page Subtotals | 0.00 | 15,444.18 |

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-42105 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | ERVING-AGBIDIOM, SENNOBIA | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5203 Checking Account |
| Taxpayer ID No: | **-***0211 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 5/16/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/29/2017 | 51014 | ERVING-AGBIDIOM, SENNOBIA<br>310 N. LaFox<br>Unit 642<br>SOUTH ELGIN, IL 60177 | Disb of 100.00% to Claim #9999<br>Debtor Refund | 8200-002 | | 10,021.77 | 4,024.00 |
| 03/29/2017 | 51015 | Karen R. Goodman, Trustee of Charles M. Feinberg<br>Taft Stettinius & Hollister LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601 | Disb of 100.60% to Claim #000002 | | | 4,024.00 | 0.00 |
| | | | (4,000.00) | 7200-000 | | | |
| | | | (24.00) | 7 00-000 | | | |
| | | | | Page Subtotals | 0.00 | 14,045.77 | |

|  |  |  |
| --- | --- | --- |
| **COLUMN TOTALS** | 78,000.00 | 78,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 78,000.00 | 78,000.00 |
| Less: Payments to Debtors | | 25,021.77 |
| **Net** | 78,000.00 | 52,978.23 |

| | | | |
| --- | --- | --- | --- |
| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| ******5203 Checking Account | 78,000.00 | 78,000.00 | |

| | |
| --- | --- |
| All Accounts Gross Receipts: | 78,000.00 |
| All Accounts Gross Disbursements: | 78,000.00 |
| All Accounts Net: | 0.00 |

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-42105 | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|
| Case Name: | ERVING-AGBIDIOM, SENNOBIA | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5203 Checking Account |
| Taxpayer ID No: | **-***0211 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 5/16/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **Net Totals** | | 78,000.00 | 78,000.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 12)                                                                                        **Exhibit 9**